**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **VANESSA EVANS-RHODES** | § | |
| | § | |
| *Plaintiff*, | § | **C.A. NO. 4:14-cv-01169** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **NORTHWEST DIAGNOSTIC CLINIC,** | § | |
| **P.A.** | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO DEFENDANT NORTHWEST**
**DIAGNOSTIC CLINIC, P.A. WITHOUT PREJUDICE**

Plaintiff Vanessa Evans-Rhodes hereby dismisses her claims against Defendant

Northwest Diagnostic Clinic, P.A. without prejudice to refilling pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(i).


Respectfully submitted:

**MOORE & ASSOCIATES**

By:/s/ Melissa Moore
 Melissa Ann Moore
 State Bar No. 24013189
 Federal Id. No. 25122
 Rochelle Owens
 State Bar No. 24048704
 Federal Id. No. 590507
 Lyric Centre
 440 Louisiana Street, Suite 675
 Houston, Texas 77002
 Telephone:       (713) 222-6775
 Facsimile:       (713) 222-6739

 **ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded to all counsel of record on the 5th day of May 2014 via the Court's CM/ECF system.

/s/ Melissa Moore
Melissa Moore