IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VANESSA EVANS-RHODES | § § | |
| *Plaintiff,* | § § | C.A. NO. 4:14-cv-01169 |
| v. | § § | JURY TRIAL DEMANDED |
| NORTHWEST DIAGNOSTIC CLINIC, P.A. | § § § | |
| *Defendant.* | § § | |

## ORDER OF DISMISSAL

Upon consideration of Plaintiff Vanessa Evans-Rhodes' motion for dismissal, this action is hereby dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

DATED: __7/10/14__

BY THE COURT:

_____
Judge ~~Keith Ellison~~ Sim Lake